DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEAN ST. LOUIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2517

[October 5, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 2009-CF-6179.

Oscar Arroyave, Law Offices of Oscar Arroyave P.A., Coconut Grove, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***